# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MCCARTHY, BRIAN PATRICK | § | Case No. 14-22563 |
| MCCARTHY, TRACY J. | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 06/17/2014 . The case was converted to one under Chapter 7 on 04/23/2015 . The undersigned trustee was appointed on 04/27/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $        9,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 7.17 |
| Bank service fees | 10.36 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 8,982.47 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/25/2016 and the deadline for filing governmental claims was 01/25/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,650.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,650.00 , for a total compensation of $ 1,650.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/04/2016                     By: /s/Elizabeth C Berg, Trustee
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-22563 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | MCCARTHY, BRIAN PATRICK | | | Date Filed (f) or Converted (c): | 04/23/15 (c) |
| | MCCARTHY, TRACY J. | | | 341(a) Meeting Date: | 06/01/15 |
| For Period Ending: | 05/04/16 | | | Claims Bar Date: | 01/25/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence located at 754 Fox Run Drive, Geneva, Il    Stay lifted per order [dkt 94] | 490,000.00 | 215,000.00 | | 0.00 | FA |
| 2. Bloomingdale Bank & Trust checking acct ending 252 | 150.00 | 0.00 | | 0.00 | FA |
| 3. Chase checking acct ending 6397 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Chase money market savings acct ending 9634 | 28.00 | 0.00 | | 0.00 | FA |
| 5. Household furnishings and media | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Artwork | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 8. Other jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 9. Wedding Rings | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. Handgun | 100.00 | 0.00 | | 0.00 | FA |
| 11. Two bicycles | 75.00 | 0.00 | | 0.00 | FA |
| 12. Life insurance policy through debtor's employment | 0.00 | 0.00 | | 0.00 | FA |
| 13. VCSP/CollegAmerica FBO Sydney McCarthy    settled per order 12/4/15 [dkt. no. 144] exemption in settlement    proceeds disallowed | 2,600.00 | 0.00 | | 2,600.00 | FA |
| 14. VCSP/College America FBO Samantha McCarthy    settled per order 12/4/15 [dkt. no. 144] exemption in settlement    proceeds disallowed | 2,600.00 | 0.00 | | 2,600.00 | FA |
| 15. Preimerica ROTH IRA | 18,400.00 | 0.00 | | 0.00 | FA |
| 16. Thrift Savings Plan through employment | 91,800.00 | 0.00 | | 0.00 | FA |
| 17. Housewise, Inc. Debtor co-debtor sole shareholders | 0.00 | 0.00 | | 0.00 | FA |
| 18. Gaylen B. McCarthy Trust    Debtor is a beneficiary of trust. Upon reaching the age of 45 years, he    will receive the rest of the trust at that time.    -Settled per order 12/4/15 [dkt. no. 144] exemption in settlement | 0.00 | 2,475.00 | | 2,475.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 14-22563 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | MCCARTHY, BRIAN PATRICK | Date Filed (f) or Converted (c): | 04/23/15 (c) |
| | MCCARTHY, TRACY J. | 341(a) Meeting Date: | 06/01/15 |
| | | Claims Bar Date: | 01/25/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| proceeds disallowed. | | | | | |
| 19. 2004 GMC Yukon XL | 500.00 | 250.00 | | 250.00 | FA |
| Settled per order 12/4/15 [dkt. no. 144] exemption in settlement proceeds disallowed | | | | | |
| 20. 2006 Mercedes E350 | 7,000.00 | 825.00 | | 825.00 | FA |
| Settled per order 12/4/15 [dkt. no. 144] exemption in settlement proceeds disallowed. | | | | | |
| 21. 2003 Chevrolet Trailblazer (u) | 0.00 | 250.00 | | 250.00 | FA |
| Settled per order 12/4/15 [dkt. no. 144] | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $619,803.00 | $218,800.00 | | $9,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 6, 2016:  Trustee obtained order determining value of secured claim; Trustee prepared TFR

January 26, 2016:  Trustee settled with Debtors; will resolve claims issues and prepare TFR

Initial Projected Date of Final Report (TFR): 04/15/16     Current Projected Date of Final Report (TFR): 04/15/16

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 14-22563 -DRC | | | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MCCARTHY, BRIAN PATRICK | | | Bank Name: | Associated Bank |
| | MCCARTHY, TRACY J. | | | Account Number / CD #: | *******6583 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6966 | | | | |
| For Period Ending: | 05/04/16 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/07/15 | | BRIAN & TRACY McCARTHY<br>754 FOX RUN DRIVE<br>GENEVA, IL 60134 | SETTLEMENT - VARIOUS ASSETS | 1129-000 | 9,000.00 | | 9,000.00 |
| 12/07/15 | 13 | Asset Sales Memo: | VCSP/CollegAmerica FBO Sydney McCarthy $2,600.00 | | | | 9,000.00 |
| 12/07/15 | 14 | Asset Sales Memo: | VCSP/College America FBO Samantha McCarthy $2,600.00 | | | | 9,000.00 |
| 12/07/15 | 18 | Asset Sales Memo: | Gaylen B. McCarthy Trust  $2,475.00 | | | | 9,000.00 |
| 12/07/15 | 19 | Asset Sales Memo: | 2004 GMC Yukon XL  $250.00 | | | | 9,000.00 |
| 12/07/15 | 20 | Asset Sales Memo: | 2006 Mercedes E350  $825.00 | | | | 9,000.00 |
| 12/07/15 | 21 | Asset Sales Memo: | 2003 Chevrolet Trailblazer  $250.00 | | | | 9,000.00 |
| | | | Pursuant to order dated 12/4/15 [dkt. no. 144] | | | | |
| | | | Memo Amount:       2,600.00 | 1129-000 | | | |
| | | | VCSP/CollegAmerica FBO Sydney McCar | | | | |
| | | | Memo Amount:         250.00 | 1229-000 | | | |
| | | | 2003 Chevrolet Trailblazer | | | | |
| | | | Memo Amount:       2,600.00 | 1129-000 | | | |
| | | | VCSP/College America FBO Samantha M | | | | |
| | | | Memo Amount:       2,475.00 | 1129-000 | | | |
| | | | Gaylen B. McCarthy Trust | | | | |
| | | | Memo Amount:         825.00 | 1129-000 | | | |
| | | | 2006 Mercedes E350 | | | | |
| | | | Memo Amount:         250.00 | 1129-000 | | | |
| | | | 2004 GMC Yukon XL | | | | |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.36 | 8,989.64 |
| 02/16/16 | 001001 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101 | 2016 Bond Premium | 2300-000 | | 7.17 | 8,982.47 |

Page Subtotals       9,000.00       17.53

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-22563 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | MCCARTHY, BRIAN PATRICK | Bank Name: | Associated Bank |
|  | MCCARTHY, TRACY J. | Account Number / CD #: | *******6583 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6966 |  |  |
| For Period Ending: | 05/04/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | Ne York NY 10017 |  |  |  |  |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 9,000.00 | COLUMN TOTALS | 9,000.00 | 17.53 | 8,982.47 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  | Subtotal | 9,000.00 | 17.53 |  |
| Memo Allocation Net: | 9,000.00 | Less:  Payments to Debtors |  | 0.00 |  |
|  |  | Net | 9,000.00 | 17.53 |  |
|  |  |  |  | NET |  |
| Total Allocation Receipts: | 9,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********6583) | 9,000.00 | 17.53 | 8,982.47 |
|  |  |  | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 9,000.00 |  | 9,000.00 | 17.53 | 8,982.47 |
|  |  |  | ============= | ============= | ============= |
|  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 04, 2016 |

Case Number: 14-22563  
Debtor Name: MCCARTHY, BRIAN PATRICK

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $1,650.00 | $0.00 | $1,650.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $4,350.00 | $0.00 | $4,350.00 |
| 001<br>3701-00 | Colleen G. Thomas, Attorney | Administrative | Per order dated 7/7/15 [ket. no. 118] Debtors' attorney was allowed $9,635.50 in fees and $587.25 in expenses. Debtors previously paid attorney $310.00. The balance owed ($9,912.75) was due to be paid directly to attorney Thomas by Debtors. The allowed claim against the Estate is $0. | $0.00 | $0.00 | $0.00 |
| 001<br>3120-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $45.30 | $0.00 | $45.30 |
| 000012A<br>001<br>2950-00 | Office of the U.S. Trustee<br>&lt;B&gt;(ADMINISTRATIVE)&lt;/B&gt;<br>219 S Dearborn St Room 873<br>Chicago, IL 60604 | Administrative | | $325.00 | $0.00 | $325.00 |
| BOND<br>999<br>2300-00 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | Administrative | | $7.17 | $7.17 | $0.00 |
| | Subtotal for Class Administrative | | | $6,377.47 | $7.17 | $6,370.30 |
| 000002A<br>046<br>5800-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $3,144.74 | $0.00 | $3,144.74 |
| | Subtotal for Class Priority | | | $3,144.74 | $0.00 | $3,144.74 |
| 000002<br>046<br>5800-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $822.65 | $0.00 | $822.65 |
| 000001<br>070<br>7100-00 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | Unsecured | | $178.51 | $0.00 | $178.51 |
| 000003<br>070<br>7100-00 | Delnor Community Hospital<br>c/o State Collection Service Inc<br>25096 S Stoughton Rd<br>PO Box 6250<br>Madison, WI 53716 | Unsecured | | $25.97 | $0.00 | $25.97 |
| 000004<br>070<br>7100-00 | Delnor Community Hospital<br>c/o State Collection Service Inc<br>25096 S Stoughton Rd<br>PO Box 6250 | Unsecured | | $169.03 | $0.00 | $169.03 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: May 04, 2016 |

Case Number:  14-22563  
Debtor Name:  MCCARTHY, BRIAN PATRICK  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Madison, WI 53716 | | | | | |
| 000005 070 7100-00 | Celeste Etheridge - Credit Mgr 15 Sylvan Way Parsippany, NJ 07054 | Unsecured | | $204.41 | $0.00 | $204.41 |
| 000006 070 7100-00 | Capital One Bank (USA), N.A. by American Infosource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | (6-1) Modified on 8.5.2014 to correct creditor's name (MG) | $3,307.02 | $0.00 | $3,307.02 |
| 000007 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP Attorneys/Agent for Creditor POB 3001 Malvern, PA 19355-0701 | Unsecured | (7-1) CREDIT CARD DEBT (7-1) Modified on 9.10.2014 to correct creditor's address (MG) | $1,489.55 | $0.00 | $1,489.55 |
| 000008 070 7100-00 | Navient Solutions, Inc. Department of Education Loan Services Po Box 9635 Wilkes-Barre PA. 18773-9635 | Unsecured | | $7,145.70 | $0.00 | $7,145.70 |
| 000009 070 7100-00 | Am Express Centurion Bank-duplicate Becket and Lee LLP Attorneys/Agent for Creditor POB 3001 Malvern, PA 19355-0701 | Unsecured | (9-1) CREDIT CARD DEBT (9-1) Modified on 9.18.2014 to correct creditor's address (MG) | $1,489.55 | $0.00 | $1,489.55 |
| 000010 070 7100-00 | Portfolio Recovery Associates, LLC successor to CAPITAL ONE, NA PO Box 41067 Norfolk, VA 23541 | Unsecured | | $507.20 | $0.00 | $507.20 |
| 000011 070 7100-00 | Atlantic Credit & Finance Special Finance Unit, LL HSBC CONSUMER LENDING c/o Weltman, Weinberg & Reis 180 N. LaSalle Street, Ste 2400 Chicago, IL 60601 | Unsecured | | $3,889.61 | $0.00 | $3,889.61 |
| 000013 070 7100-00 | Tiffany & Co Celeste Etheridge - Credit Mgr 15 Sylvan Way Parsippany, NJ 07054 | Unsecured | | $217.92 | $0.00 | $217.92 |
| 000014 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (14-1) CREDIT CARD DEBT | $991.71 | $0.00 | $991.71 |
| 000015 070 7100-00 | LVNV Funding, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services | Unsecured | | $1,046.75 | $0.00 | $1,046.75 |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 3 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 04, 2016 |

Case Number: 14-22563  
Debtor Name: MCCARTHY, BRIAN PATRICK  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | PO Box 10587<br>Greenville, SC 29603-0587 | | | | | |
| 000016<br>070<br>7100-00 | LVNV Funding, LLC its successors and assigns as<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $302.30 | $0.00 | $302.30 |
| 000018<br>070<br>7100-00 | Navient Solutions Inc. on behalf of Department of Education Services<br>P.O. Box 9635<br>Wilkes-Barre PA. 18773-9635 | Unsecured | | $7,603.09 | $0.00 | $7,603.09 |
| | Subtotal for Class Unsecured | | | $29,390.97 | $0.00 | $29,390.97 |
| 000017<br>050<br>4110-00 | Bank of New York as trustee for CWMBS<br>2004-HYB3<br>c/o Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Secured | Value of secured claim determined to be zero per order 4/1/15 [dkt. no. 147]<br>(17-1) 754 Fox Run Drive Geneva, IL 60134<br>(17-1) Arrearages: $161,570.29 | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $38,913.18 | $7.17 | $38,906.01 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-22563
Case Name: MCCARTHY, BRIAN PATRICK
    MCCARTHY, TRACY J.
Trustee Name: Elizabeth C Berg, Trustee

Balance on hand                                      $        8,982.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000017 | Bank of New York as trustee for CWMBS | $ 507,349.02 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors                  $           0.00

Remaining Balance                                      $        8,982.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 1,650.00 | $ 0.00 | $ 1,650.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 4,350.00 | $ 0.00 | $ 4,350.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 45.30 | $ 0.00 | $ 45.30 |
| Fees: Office of the U.S. Trustee | $ 325.00 | $ 0.00 | $ 325.00 |
| Other: Adams-Levine | $ 7.17 | $ 7.17 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $        6,370.30

Remaining Balance                                        $        2,612.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,144.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Internal Revenue Service | $ 3,144.74 | $ 0.00 | $ 2,612.17 |
| | Total to be paid to priority creditors | | | $ 2,612.17 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,390.97 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Illinois Bell Telephone Company | $ 178.51 | $ 0.00 | $ 0.00 |
| 000003 | Delnor Community Hospital | $ 25.97 | $ 0.00 | $ 0.00 |
| 000004 | Delnor Community Hospital | $ 169.03 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Celeste Etheridge - Credit Mgr | $ 204.41 | $ 0.00 | $ 0.00 |
| 000006 | Capital One Bank (USA), N.A. | $ 3,307.02 | $ 0.00 | $ 0.00 |
| 000007 | American Express Centurion Bank | $ 1,489.55 | $ 0.00 | $ 0.00 |
| 000008 | Navient Solutions, Inc. | $ 7,145.70 | $ 0.00 | $ 0.00 |
| 000009 | Am Express Centurion Bank-duplicate | $ 1,489.55 | $ 0.00 | $ 0.00 |
| 000010 | Portfolio Recovery Associates, LLC | $ 507.20 | $ 0.00 | $ 0.00 |
| 000011 | Atlantic Credit & Finance Special | $ 3,889.61 | $ 0.00 | $ 0.00 |
| 000013 | Tiffany & Co | $ 217.92 | $ 0.00 | $ 0.00 |
| 000014 | American Express Bank, FSB | $ 991.71 | $ 0.00 | $ 0.00 |
| 000015 | LVNV Funding, LLC its successors and | $ 1,046.75 | $ 0.00 | $ 0.00 |
| 000016 | LVNV Funding, LLC its successors and | $ 302.30 | $ 0.00 | $ 0.00 |
| 000018 | Navient Solutions Inc. on behalf of | $ 7,603.09 | $ 0.00 | $ 0.00 |
| 000002 | Internal Revenue Service | $ 822.65 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

<div align="center">NONE</div>

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

<div align="center">NONE</div>