UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
MCCARTHY, BRIAN PATRICK             §      Case No. 14-22563
MCCARTHY, TRACY J.                  §
                                    §
                                    §
         Debtors                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Elizabeth C Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 461,300.00                  Assets Exempt: 149,478.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,612.17    Claims Discharged
                                              Without Payment: 518,911.94

Total Expenses of Administration: 6,387.83

---

   3) Total gross receipts of $ 9,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 9,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 246,300.00 | $ 507,349.02 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,300.58 | 6,387.83 | 6,387.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 10,000.00 | 3,144.74 | 3,144.74 | 2,612.17 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 501,223.32 | 29,390.97 | 29,390.97 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 757,523.32 | $ 556,185.31 | $ 38,923.54 | $ 9,000.00 |

4) This case was originally filed under chapter 13 on 06/17/2014 , and it was converted to chapter 7 on 04/23/2015 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/05/2016         By:/s/Elizabeth C Berg, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 8,750.00 |
| Liquidation of Other Personal Property | 1229-000 | 250.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Derek D. Samz DiMonte & Lizak, LLC 216 W. Higgins Road Park Ridge, IL 60068 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Thrift Savings Plan Legal Process P.O. Box 4390 Fairfax, VA  22038-4390 | | 1,300.00 | NA | NA | 0.00 |
| | Village Bank And Trust 311 S. Arlington Heights Road Arlington Height, IL  60005 | | 245,000.00 | NA | NA | 0.00 |
| 000017 | BANK OF NEW YORK AS TRUSTEE FOR CWM | 4110-000 | NA | 507,349.02 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 246,300.00** | **$ 507,349.02** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| ADAMS-LEVINE | 2300-000 | NA | 7.17 | 7.17 | 7.17 |
| Associated Bank | 2600-000 | NA | 10.36 | 10.36 | 10.36 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| BALDI BERG | 3110-000 | NA | 4,350.00 | 4,350.00 | 4,350.00 |
| BALDI BERG | 3120-000 | NA | 45.30 | 45.30 | 45.30 |
| ATTORNEY, COLLEEN G. THOMAS, | 3701-000 | NA | 9,912.75 | 0.00 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,300.58 | $ 6,387.83 | $ 6,387.83 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service P.O. Box 7346 Philiadelphia, PA 19101-7346 | | 10,000.00 | NA | NA | 0.00 |
| 000002A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 3,144.74 | 3,144.74 | 2,612.17 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 10,000.00 | $ 3,144.74 | $ 3,144.74 | $ 2,612.17 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI, INc. P.O. Box 3517 Bloomington, IL 61702-3517 | | 0.00 | NA | NA | 0.00 |
| | Alan S. Kaufman Manley Deas Kochalski LLC One East Wacker, Suite 1730 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Ameritox P.O. Box 402166 Atlanta, GA 30384-2166 | | 50.21 | NA | NA | 0.00 |
| | City Of Geneva 15 S. First Street Geneva, IL 60134 | | 450.00 | NA | NA | 0.00 |
| | Credit One Bank P.O. Box 98873 Las Vegas, NV 89193-8873 | | 302.09 | NA | NA | 0.00 |
| | Huck Bouma 1755 S. Naperville Road, Suite 200 Wheaton, IL 60189 | | 3,129.75 | NA | NA | 0.00 |
| | Louis S. Freedman Freedman Anselmo Lindberg, LLC 1771 W. Diehl Road, Suite 150 Naperville, IL 60566 | | 0.00 | NA | NA | 0.00 |
| | McCall Family Denistry 407 Williamsburg Avenue Geneva, IL 60134 | | 1,900.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas P.O. Box 190 Aurora, IL  60507-0190 | | 100.00 | NA | NA | 0.00 |
| | Orbit Medical 4516 South 700 East Suite 360 Salt Lake City, UT  84107-8317 | | 432.25 | NA | NA | 0.00 |
| | Resurgent Capital Services L.P. 55 Beattie Place, Suite 110 Greenville, SC  29601 | | 462,803.27 | NA | NA | 0.00 |
| | The University Of Chicago Physicians Gro 75 Remittance Drive, Suite 1385 Chicago, IL 60675-1385 | | 144.00 | NA | NA | 0.00 |
| | University Of Chicago Medicine 15965 Collections Center Drive Chicago, IL 60693-0159 | | 9,676.83 | NA | NA | 0.00 |
| 000014 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 985.00 | 991.71 | 991.71 | 0.00 |
| 000007 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 1,489.55 | 1,489.55 | 0.00 |
| 000009 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 1,489.55 | 1,489.55 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | ATLANTIC CREDIT & FINANCE SPECIAL F | 7100-000 | 3,900.00 | 3,889.61 | 3,889.61 | 0.00 |
| 000006 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 3,300.00 | 3,307.02 | 3,307.02 | 0.00 |
| 000005 | CELESTE ETHERIDGE - CREDIT MGR | 7100-000 | NA | 204.41 | 204.41 | 0.00 |
| 000003 | DELNOR COMMUNITY HOSPITAL | 7100-000 | NA | 25.97 | 25.97 | 0.00 |
| 000004 | DELNOR COMMUNITY HOSPITAL | 7100-000 | NA | 169.03 | 169.03 | 0.00 |
| 000001 | ILLINOIS BELL TELEPHONE COMPANY | 7100-000 | 178.51 | 178.51 | 178.51 | 0.00 |
| 000002 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 822.65 | 822.65 | 0.00 |
| 000015 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | NA | 1,046.75 | 1,046.75 | 0.00 |
| 000016 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | NA | 302.30 | 302.30 | 0.00 |
| 000018 | NAVIENT SOLUTIONS INC. ON BEHALF OF | 7100-000 | 13,667.00 | 7,603.09 | 7,603.09 | 0.00 |
| 000008 | NAVIENT SOLUTIONS, INC. | 7100-000 | NA | 7,145.70 | 7,145.70 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 507.20 | 507.20 | 0.00 |
| 000013 | TIFFANY & CO | 7100-000 | 204.41 | 217.92 | 217.92 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 501,223.32 | $ 29,390.97 | $ 29,390.97 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-22563 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | MCCARTHY, BRIAN PATRICK | | | Date Filed (f) or Converted (c): | 04/23/15 (c) |
| | MCCARTHY, TRACY J. | | | 341(a) Meeting Date: | 06/01/15 |
| For Period Ending: | 07/05/16 | | | Claims Bar Date: | 01/25/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence located at 754 Fox Run Drive, Geneva, Il | 490,000.00 | 215,000.00 | | 0.00 | FA |
| Stay lifted per order [dkt 94] | | | | | |
| 2. Bloomingdale Bank & Trust checking acct ending 252 | 150.00 | 0.00 | | 0.00 | FA |
| 3. Chase checking acct ending 6397 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Chase money market savings acct ending 9634 | 28.00 | 0.00 | | 0.00 | FA |
| 5. Household furnishings and media | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Artwork | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 8. Other jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 9. Wedding Rings | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. Handgun | 100.00 | 0.00 | | 0.00 | FA |
| 11. Two bicycles | 75.00 | 0.00 | | 0.00 | FA |
| 12. Life insurance policy through debtor's employment | 0.00 | 0.00 | | 0.00 | FA |
| 13. VCSP/CollegAmerica FBO Sydney McCarthy | 2,600.00 | 0.00 | | 2,600.00 | FA |
| settled per order 12/4/15 [dkt. no. 144] exemption in settlement proceeds disallowed | | | | | |
| 14. VCSP/College America FBO Samantha McCarthy | 2,600.00 | 0.00 | | 2,600.00 | FA |
| settled per order 12/4/15 [dkt. no. 144] exemption in settlement proceeds disallowed | | | | | |
| 15. Preimerica ROTH IRA | 18,400.00 | 0.00 | | 0.00 | FA |
| 16. Thrift Savings Plan through employment | 91,800.00 | 0.00 | | 0.00 | FA |
| 17. Housewise, Inc. Debtor co-debtor sole shareholders | 0.00 | 0.00 | | 0.00 | FA |
| 18. Gaylen B. McCarthy Trust | 0.00 | 2,475.00 | | 2,475.00 | FA |
| Debtor is a beneficiary of trust. Upon reaching the age of 45 years, he will receive the rest of the trust at that time. -Settled per order 12/4/15 [dkt. no. 144] exemption in settlement | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-22563 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | MCCARTHY, BRIAN PATRICK | | | Date Filed (f) or Converted (c): | 04/23/15 (c) |
| | MCCARTHY, TRACY J. | | | 341(a) Meeting Date: | 06/01/15 |
| | | | | Claims Bar Date: | 01/25/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| proceeds disallowed. | | | | | |
| 19. 2004 GMC Yukon XL | 500.00 | 250.00 | | 250.00 | FA |
| Settled per order 12/4/15 [dkt. no. 144] exemption in settlement proceeds disallowed | | | | | |
| 20. 2006 Mercedes E350 | 7,000.00 | 825.00 | | 825.00 | FA |
| Settled per order 12/4/15 [dkt. no. 144] exemption in settlement proceeds disallowed. | | | | | |
| 21. 2003 Chevrolet Trailblazer (u) | 0.00 | 250.00 | | 250.00 | FA |
| Settled per order 12/4/15 [dkt. no. 144] | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $619,803.00 | $218,800.00 | | $9,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 6, 2016:  Trustee obtained order determining value of secured claim; Trustee prepared TFR

January 26, 2016:  Trustee settled with Debtors; will resolve claims issues and prepare TFR

Initial Projected Date of Final Report (TFR): 04/15/16    Current Projected Date of Final Report (TFR): 04/15/16

LFORM1    Ver: 19.06a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-22563 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | MCCARTHY, BRIAN PATRICK | | Bank Name: | Associated Bank |
| | MCCARTHY, TRACY J. | | Account Number / CD #: | *******6583 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6966 | | | |
| For Period Ending: | 07/05/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/07/15 | | BRIAN & TRACY McCARTHY 754 FOX RUN DRIVE GENEVA, IL 60134 | SETTLEMENT - VARIOUS ASSETS | 1129-000 | 9,000.00 | | 9,000.00 |
| 12/07/15 | 13 | Asset Sales Memo: | VCSP/CollegAmerica FBO Sydney McCarthy $2,600.00 | | | | 9,000.00 |
| 12/07/15 | 14 | Asset Sales Memo: | VCSP/College America FBO Samantha McCarthy $2,600.00 | | | | 9,000.00 |
| 12/07/15 | 18 | Asset Sales Memo: | Gaylen B. McCarthy Trust  $2,475.00 | | | | 9,000.00 |
| 12/07/15 | 19 | Asset Sales Memo: | 2004 GMC Yukon XL  $250.00 | | | | 9,000.00 |
| 12/07/15 | 20 | Asset Sales Memo: | 2006 Mercedes E350  $825.00 | | | | 9,000.00 |
| 12/07/15 | 21 | Asset Sales Memo: | 2003 Chevrolet Trailblazer  $250.00 | | | | 9,000.00 |
| | | | Pursuant to order dated 12/4/15 [dkt. no. 144] | | | | |
| | | | Memo Amount:     2,600.00 | 1129-000 | | | |
| | | | VCSP/CollegAmerica FBO Sydney McCar | | | | |
| | | | Memo Amount:       250.00 | 1229-000 | | | |
| | | | 2003 Chevrolet Trailblazer | | | | |
| | | | Memo Amount:     2,600.00 | 1129-000 | | | |
| | | | VCSP/College America FBO Samantha M | | | | |
| | | | Memo Amount:     2,475.00 | 1129-000 | | | |
| | | | Gaylen B. McCarthy Trust | | | | |
| | | | Memo Amount:       825.00 | 1129-000 | | | |
| | | | 2006 Mercedes E350 | | | | |
| | | | Memo Amount:       250.00 | 1129-000 | | | |
| | | | 2004 GMC Yukon XL | | | | |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.36 | 8,989.64 |
| 02/16/16 | 001001 | Adams-Levine 370 Lexington Avenue Suite 1101 | 2016 Bond Premium | 2300-000 | | 7.17 | 8,982.47 |

Page Subtotals      9,000.00         17.53

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-22563 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | MCCARTHY, BRIAN PATRICK | Bank Name: | Associated Bank |
| | MCCARTHY, TRACY J. | Account Number / CD #: | *******6583 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6966 | | |
| For Period Ending: | 07/05/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/16 | 001002 | Ne York NY 10017<br>Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee's Final Compensation | 2100-000 | | 1,650.00 | 7,332.47 |
| 06/06/16 | 001003 | Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>219 S Dearborn St Room 873<br>Chicago, IL 60604 | Claim 000012A, Payment 100.00% | 2950-000 | | 325.00 | 7,007.47 |
| 06/06/16 | 001004 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | TR's Attorney Fees | 3110-000 | | 4,350.00 | 2,657.47 |
| 06/06/16 | 001005 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Expenses (TR Firm) | 3120-000 | | 45.30 | 2,612.17 |
| 06/06/16 | 001006 | Internal Revenue Service<br>P.O. Box 7346<br>Philiadelphia, PA 19101-7346 | Claim 000002A, Payment 83.06% | 5800-000 | | 2,612.17 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 9,000.00 | COLUMN TOTALS | | 9,000.00 | 9,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 9,000.00 | 9,000.00 | |
| Memo Allocation Net: | 9,000.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 9,000.00 | 9,000.00 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 9,000.00 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******6583) | | 9,000.00 | 9,000.00 | 0.00 |
| Total Memo Allocation Net: | 9,000.00 | | | 9,000.00 | 9,000.00 | 0.00 |

Page Subtotals           0.00        8,982.47

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 14-22563 -DRC |
| Case Name: | MCCARTHY, BRIAN PATRICK |
| | MCCARTHY, TRACY J. |
| Taxpayer ID No: | *******6966 |
| For Period Ending: | 07/05/16 |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6583 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*